**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Cynmaria M. Atkinson and Quinton Porter, Defendants,

Of whom Cynmaria M. Atkinson is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2021-000066

———————————

Appeal From Spartanburg County
M. Todd Thigpen, Family Court Judge

———————————

Unpublished Opinion No. 2021-UP-239
Submitted June 17, 2021 – Filed June 21, 2021

———————————

**AFFIRMED**

———————————

Rosalyn Henderson Myers, of Henderson Law Group, of Spartanburg; and John Brandt Rucker and Allyson Sue Rucker, of The Rucker Law Firm, LLC, of Greenville, all for Appellant.

Patricia Lea Wilson, of Spartanburg, for Respondent.

Jamia Diann Foster, of Law Office of Jamia D. Foster LLC, of Spartanburg, for the Guardian ad Litem.

---

**PER CURIAM:** Cynmaria M. Atkinson appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2020).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Atkinson's counsel.

**AFFIRMED.**[1]

**KONDUROS, GEATHERS, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.